[No. 44054-7-II.   Division Two.   May 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DENETTE LYNN GOE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-01331-3, James J. Stonier, J. Pro Tem., entered September 25, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen and Lee, JJ.

[No. 44221-3-II.   Division Two.   May 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE ALLEN MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00848-3, Sally F. Olsen, J., entered November 16, 2012. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 31027-2-III.   Division Three.   May 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS ROBERT HUDLOW, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00414-1, Vic L. VanderSchoor, J., entered July 25, 2012. *Reversed* and *remanded* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J. Now published at 182 Wn. App. 266.

[No. 31216-0-III.   Division Three.   May 13, 2014.]

CAPITAL ONE BANK (USA), NA, *Respondent*, v. CHARMON WALLACE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-04750-1, Salvatore F. Cozza, J., entered September 18, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.